

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JOAO DA SILVA, <br><br> Defendant. | CASE NO. 11CR5221-DMS <br><br> **JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

___   the Court has granted the motion of the Government for dismissal, without prejudice; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

**X**   of the offense(s) as charged in the Information:

21 USC 952, 960 AND 963 - CONSPIRACY TO IMPORT METHAMPHETAMINE

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 12/13/11

WILLIAM McCURINE, JR.
UNITED STATES MAGISTRATE JUDGE